**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Red Mountain Insurance Company Inc., | ) | No. CIV 07-395-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Herman Pang, | ) | |
| Defendant. | ) | |

Pending before the Court are two stipulations: a Stipulation to Continue Preliminary Pretrial Conference and Extend Deadlines for Conferring and Submitting Joint Proposed Case Management Plan (Dkt. 17) and a Stipulation to Amend Complaint[1] (Dkt. 18). Good cause appearing, the Court will continue the Preliminary Pretrial Conference and extend the deadlines for conferring and submitting the Proposed Case Management Plan. The Court will also direct the Clerk of Court to file the Lodged Proposed Amended Complaint for Declaratory Judgment (Dkt. 20).

Accordingly,

//

---

[1]Because the opposing party has consented to the amendment, approval by the court is not required. *See, e.g., American States Insurance Co. V. Dastar Corp.*, 318 F.3d 881, 888 (9th Cir. 2003) (parties who consent to amendment need not obtain court's approval).

1    **IT IS ORDERED** that the Stipulation to Continue Preliminary Pretrial Conference

2 and Extend Deadlines for Conferring and Submitting Joint Proposed Case Management Plan

3 (Dkt. 17) is **GRANTED**.  The Preliminary Pretrial Conference set for July 12, 2007, is

4 **CONTINUED** to **September 17, 2007, at 2:00 p.m.**

5    **IT IS FURTHER ORDERED** that the deadlines imposed by the Court's Order

6 Setting Rule 16 Preliminary Pretrial Conference (Dkt. 11) shall be calculated using the new

7 date of the Preliminary Pretrial Conference: September 17, 2007.

8    **IT IS FURTHER ORDERED** that all provisions of the Court's Order Setting Rule

9 16 Preliminary Pretrial Conference (Dkt. 11), with the exception of the dates changed above,

10 shall remain in full force and effect.

11    **IT IS FURTHER ORDERED** directing the Clerk of Court to file the Lodged

12 Proposed Amended Complaint for Declaratory Judgment (Dkt. 20).

13    DATED this 21st day of June, 2007.

14

15

16

17                                    Stephen M. McNamee
                                       United States District Judge
18

19

20

21

22

23

24

25

26

27

28