**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Red Mountain Casualty Insurance Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Herman Pang, M.D., et al., <br><br> Defendants. | No. CV-07-395-PHX-SMM <br><br> **ORDER** |

Pursuant to the Stipulation and Joint Motion of the parties (Dkt. 30), as it pertains to certain documents identified by Plaintiff Red Mountain Casualty Insurance Company, Inc. ("Red Mountain") as responsive to Defendants' First Set of Requests for Production, specifically the documents entitled "Physicians and Surgeons, Dentists and Allied Health Professionals Underwriting Rules and Rates Manual,"

**IT IS HEREBY ORDERED** as follows:

1. That the parties' Stipulation, which is entitled "Confidentiality and Nondisclosure Agreement," ("the Stipulation") will be incorporated into an Order by the Court and will govern the use of the foregoing documents, unless otherwise modified by written agreement or further Court order.

//

//

2. The documents subject to this Stipulation shall be stamped with the word "CONFIDENTIAL."

3. Except as may be otherwise provided by written agreement or by further order of the court, the above referenced documents, including all matters contained therein, and any copies, extracts, and/or summaries thereof, or related thereto, shall be used for no purpose other than prosecuting the above captioned action and shall be disclosed only to the persons identified in Paragraph 4 below.

4. Access to the above referenced documents shall be limited to the following:

    a. The judiciary, its employees and its agents, including jurors;

    b. The parties to the present lawsuit;

    c. The attorneys for the parties including their associates, assistants, agents and employees;

    d. Consultants and experts involved in the preparation of this litigation for each party;

    e. Court reporters, their transcribers, assistants and employees; and

    f. Witnesses at trial and deponents in this action.

5. Individuals and entities identified in Paragraph 4 above (other than jurors, the judiciary, its employees and agents) shall have access to the above referenced documents only after being informed of the provisions of this Stipulation and Order and only after agreeing to be bound by it. Any counsel who discloses any information relating to the above referenced documents shall be responsible for informing individuals and entities of this Stipulation and Order in compliance with this provision. Furthermore, counsel for any party shall require that any individual to whom information relating to the above referenced documents is disclosed, other than a party, counsel for a party, or counsel's employees, execute the Attached Promise of Confidentiality (Exhibit A hereto) before such disclosure is made.

//

- 2 -

6. The above referenced documents, or any part thereof, if filed with the Court, and any brief, legal memorandum, discovery response, deposition exhibit, or the like, referring to any such documents, shall be kept by the Clerk under seal. The party filing any part of the above referenced documents shall be responsible for advising the clerk that it is subject to this Order and is to be kept under seal, except that any other party may do so as well. At the conclusion of this case, all documents filed with the Court under seal shall be returned to Red Mountain or to its counsel.

7. In no event will the parties, their attorneys of record, or any individual or entity affiliated with undersigned counsels' firms, disclose the above referenced documents, in whole or in part, to any individual or entity, except as specifically allowed in Paragraph 4.

8. At the conclusion of litigation between the parties, the above referenced documents, whether or not filed or identified as an exhibit to this proceeding, shall be returned within 30 days to Red Mountain or its counsel, and no copies shall be retained by counsel for Defendants (or for any party other than Red Mountain), or by any other person to whom the above referenced documents were disseminated under Paragraph 4 of this Stipulation.

DATED this 15th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge

## EXHIBIT A

## PROMISE OF CONFIDENTIALITY

I have read and am familiar with the Court's Order for Confidentiality and Non-Disclosure for the exchange of confidential information in the case of *Red Mountain Casualty Insurance Company, Inc. v. Herman Pang, M.D., et al.,* Case No. CV07-395-PHX-SMM, dated , and I hereby agree to abide by all of the terms of said Order and not to reveal or communicate any of the information disclosed to me pursuant thereto to anyone except in accordance with the terms of the Order. I further agree not to make any use of any information or material covered by the Confidentiality Order in this case, other than for the purposes of the litigation of *Red Mountain Casualty Insurance Company, Inc. v. Herman Pang, M.D., et al.,* Case No. CV07-395-PHX-SMM.

I also agree to deliver to counsel of record that has consulted or engaged me for this action, not later than twenty-one (21) days after being advised of the termination of this litigation, any and all documents in my possession designated as "CONFIDENTIAL" pursuant to the above referenced Order, and all copies thereof and all extracts and summaries of the matters contained therein.

_____     _____

Signature                                                                              Date