**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Red Mountain Casualty Insurance Company, | No. CV-07-395-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Herman Pang, M.D., et al., | |
| Defendants. | |

The Court having received the parties' Stipulation of Dismissal (Dkt. 33),

**IT IS HEREBY ORDERED** that this action, Plaintiff's Amended Complaint and Defendants' counterclaim, are dismissed with prejudice, each party to bear its own costs and fees.

DATED this 6th day of August, 2008.

Stephen M. McNamee
United States District Judge